[No. 37916-0-I.    Division One.    July 8, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. BARTON
WILLIAMS, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 95-1-05069-3, William L. Downing, J., entered
February 15, 1996. *Reversed* by unpublished per curiam
opinion.


[No. 33210-4-I.    Division One.    July 22, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. MARGAUX
A. DEVEAU, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 93-8-01228-6, Anthony P. Wartnik, J., entered
July 12, 1993. *Reversed* by unpublished opinion per Elling-
ton, J., concurred in by Coleman and Agid, JJ.


[No. 35849-9-I.    Division One.    July 22, 1996.]

SCOTT OGLESBEE, ET AL., *Respondents*, v. JEFFREY
REED, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for What-
com County, No. 93-2-01940-4, Steven J. Mura, J., entered
December 7, 1994. *Remanded* by unpublished opinion per
Grosse, J., concurred in by Kennedy, A.C.J., and Webster,
J.


[Nos. 34913-9-I; 35110-9-I.    Division One.    August 12, 1996.]


PRESS PRODUCTS, INC., ET AL., *Appellants*, v. ESTATE
OF DONALD GEARY, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 92-2-05508-2, J. Kathleen Learned, J., entered
June 30, 1994. *Affirmed* by unpublished opinion per
Kennedy, J., concurred in by Baker, C.J., and Agid, J.